Filed with the Classified
Information Security Officer
CISO *Daniella Medd*
Date 01/23/2023.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OMAR MOHAMMED ALI RAMMAH, ) ) ) | |
| Petitioner ) | Civil Action No. 05-2380 (CKK) |
| v. ) ) | *Ex Parte*, *In Camera*, **SEALED** |
| JOSEPH R. BIDEN, in his official capacity ) as President of the United States, *et al.*, ) ) | |
| Respondents. ) ) | |

**ORDER**
(January 23, 2023)